UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:94-cr-00170-FDW-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| TYSON TERRILL ROBBINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant Tyson Terrill Robbins's Motion for Early Termination of Supervised Release (Doc. No. 111). The Court deferred ruling on Defendant's motion until Defendant filed a supplemental motion indicating whether or not the United States Probation Office concurs with the early termination. (Text-Only Order deferring ruling on Doc. No. 111, Dec. 20, 2016). On January 5, 2018, Defendant filed another Motion for Early Termination of Supervised Release ("Second Motion for Early Termination of Supervised Release"). (Doc. No. 112). The Court denied without prejudice Defendant's Second Motion for Early Termination of Supervised Release for failing to indicate whether the US Probation Office and US Attorney's Office support or oppose his motion as the Local Rules of this Court require. (Text-Only Order denying without prejudice Doc. No. 112, Jan. 6, 2018). Subsequently, this Court received a letter from Jake N. Bookard, II, Supervising United States Probation Officer in the District of South Carolina, which is attached as Exhibit 1 to this Order. Mr. Bookard's letter dated January 25, 2018 indicates that "the District of South Carolina does not recommend early termination of supervised release at this time."

THEREFORE, for the reasons stated in Mr. Bookard's Letter dated January 25, 2018, the Court DENIES without prejudice Defendant's Motion for Early Termination of Supervised Release (Doc. No. 11).

IT IS SO ORDERED.

Signed: March 26, 2018

Frank D. Whitney
Chief United States District Judge